UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CR-20515-HUCK

UNITED STATES OF AMERICA,
          Plaintiff,
     v.

LUIS PEREZ-MESA,
          Defendant.

_____/

### DEFENDANT LUIS PEREZ-MESA'S OBJECTIONS
### TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW, the Defendant, LUIS PEREZ-MESA, by and through undersigned counsel, and pursuant to Rule 32, Federal Rules of Criminal Procedure, hereby files his Objections to the Presentence Investigation Report (DE 72 ("PSI")) prepared by the United States Probation Office ("Probation"). The specific paragraphs of the PSI to which Mr. Perez-Mesa responds and objects are as follows:

1.     **Objection to Paragraphs 15, 24 – Role in the Offense:**

Mr. Perez-Mesa objects to the recommendation in these paragraphs that the defendants should receive no role adjustment. Mr. Perez-Mesa agrees that all three defendants are equally culpable participants in this offense. However, as set forth in Mr. Tori-Montero's PSI Objections (DE 79), Mr. Perez-Mesa asserts that all three defendants are similarly situated as minor participants, and that a two-level mitigating-role adjustment under U.S.S.G. § 3B1.2(b) be applied to each. Additionally, if the Court were to apply the § 3B1.2(b) mitigating-role adjustment, then the Court should also apply a corresponding 4-level reduction to the base offense level pursuant to U.S.S.G. § 2D1.1(a)(5).

1

Mr. Perez-Mesa wholly adopts as his own and joins the arguments set forth on these points in Mr. Tori-Montero's PSI Objections. (DE 79.)

**2.      Objection to Paragraph 25 – Obstruction of Justice:**

Mr. Perez-Mesa further objects to Probation's recommendation of a 2-level enhancement for obstruction of justice in this paragraph. The Government stated in the Response it filed today to co-defendant Tori-Montero's PSI Objections that "based on the unique facts of this case, the United States does not believe it could meet its burden, thus, is not seeking said enhancement." (DE 82 at 6.) Accordingly, it does not appear that this issue is in dispute, and the Court should sustain the objection.

### Conclusion

For the reasons set forth herein, the Defendant, LUIS PEREZ-MESA, respectfully requests that this Court grant his objections and modify the PSI accordingly, changing the total offense level from 33 to 25, which would, with a criminal history category of I, result in an advisory guidelines range of 57-71 months.

Respectfully Submitted,

**HECTOR DOPICO**
**FEDERAL PUBLIC DEFENDER**

By:      */s/ Ian McDonald*
Ian McDonald
Assistant Federal Public Defender
Special Bar No. A5502117
150 W. Flagler Street, Suite 1700
Miami, FL 33130-1556
Telephone: (305) 530-7000
Fax: (305) 536-4559
E-mail: ian_mcdonald@fd.org

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ *Ian McDonald*
Ian McDonald
